### MYRON v. MYRON.   (No. 6879.)

(Supreme Court, Appellate Division, First Department.   February 11, 1915.)

DIVORCE (§ 221*)—IMPECUNIOUS WIFE—ALLOWANCE OF COUNSEL FEE.
    Where it does not appear that a plaintiff wife in a divorce suit is without means to employ counsel, the trial court has no authority to direct defendant to pay her such fee to enable her to carry on her action.

    [Ed. Note.—For other cases, see Divorce, Cent. Dig. §§ 642, 643; Dec. Dig. § 221.*]

Appeal from Special Term, New York County.

Action by Florence M. Myron against Herbert B. Myron.   From so much of an order as allows plaintiff a counsel fee, defendant appeals. Reversed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Frank Hopkins, of Syracuse, for appellant.
Lloyd Paul Stryker, of New York City, for respondent.

PER CURIAM.   It does not appear that the plaintiff is without means to employ counsel, and the court has no authority to direct the defendant to pay her a counsel fee to carry on her action.

The order should be reversed, and the motion denied, without costs.